FILED
FEB 12 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AC DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIANA ISABEL CAMBEROS (1) and ANDRES ENRIQUE CAMBEROS (2),<br><br>Defendants. | Case No. 23-CR-1916-BAS<br><br>**JUDGMENT AND ORDER TO DISMISS WITH PREJUDICE** |

I have executed within DSML
Judgement and Commitment on 2.11.26
United States Marshal
By: Elizabth Magana
USMS Investigative Analyst
Criminal Section

Upon remand of the United States Court of Appeals, the Defendants Adriana Isabell Camberos and Andres Enrique Camberos are now entitled to be discharged, and the previously imposed Sentences are hereby set aside and vacated.

IT IS HEREBY ORDERED that: (1) the Indictment [ECF 1], Superseding Indictment [ECF 39], and the Second Superseding Indictment [ECF 75] in the above-entitled case be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 10, 2026

Hon. Cynthia Bashant, Chief Judge
United States District Court