UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ADRIANA ISABEL CAMBEROS, AKA Adriana Shayota,<br><br>Defendant - Appellant. | No. 25-4121<br><br>D.C. No.<br>3:23-cr-01916-BAS-1<br><br>Southern District of California, San Diego<br><br>MANDATE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANDRES ENRIQUE CAMBEROS,<br><br>Defendant - Appellant. | No. 25-4126<br><br>D.C. No.<br>3:23-cr-01916-BAS-2<br><br>Southern District of California, San Diego |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANDRES ENRIQUE CAMBEROS,<br><br>Defendant - Appellant. | No. 25-8152<br><br>D.C. No.<br>3:23-cr-01916-BAS-2<br>Southern District of California, San Diego |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ADRIANA ISABEL CAMBEROS, AKA Adriana Shayota,<br><br>Defendant - Appellant. | No. 25-8173<br><br>D.C. No.<br>3:23-cr-01916-BAS-1<br>Southern District of California,<br>San Diego |

The judgment of this Court, entered February 09, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT